[No. 6,107.]

## BYRNES v. CLAFFEY.

FINDINGS.—The findings must dispose of all the material issues.

APPEAL from the Twelfth District Court, City and County of San Francisco.

Action upon a promissory note, which is set out in the complaint.

The answer contained a general denial; a plea that the note was obtained by false and fraudulent representations as to the amount of certain indebtedness of the defendant to the plaintiff, for which it was given; a plea of payment; and a counterclaim for $865.90.

The Court found that there was due to the plaintiff from the defendant, upon the promissory note set out in the complaint, the sum of $943.30.

*O' Conner & Pardow*, and *Frank O' Conner*, for Appellant.

*George W. Fox*, for Respondent.

Department No. 1, by the COURT (from the Bench):

The Court below failed to find upon material issues raised by the pleadings.

Judgment and order reversed, and cause remanded for a new trial.